## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 08-31440 |
| BRIGITTE J PAUGH | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

---

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105134**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 21 | VERIZON NORTH<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 4.72 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/13/2011

Certificate of Service                                      08-31440

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRIGITTE J PAUGH                JEFFREY P ALBERT                (29.1n)
839 VIRGINIA AVENUE            4403 N MAIN ST                 PRA RECEIVABLES MANAGEMENT LLC
VANDALIA, OH  45377            DAYTON, OH  45405              AGENT OF PORTFOLIO RECOVERY
                                                             BOX 41067
                                                             NORFOLK, VA  23541

(27.1n)                        (24.1n)                        (28.1n)
RECOVERY MGT SYS CORP         STEVEN H PATTERSON             TOYOTA MOTOR CREDIT CORP
ATTN RAMESH SINGH BK SPECIALIS LERNER SAMPSON & ROTHFUSS     % BECKET & LEE
25 SE 2ND AVE STE 1120        BOX 5480                       BOX 3001
MIAMI, FL  33131              CINCINNATI, OH  45201-5480     MALVERN, PA  19355

(21.1)
VERIZON NORTH
AFNI VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL  61701

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner                    sv